UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Steven Curtis Leech
_____
(Enter full name of plaintiff)

Plaintiff,

v.

Sgt. Gracia, John Doe C.O.
John Doe C.O. John
Doe C.O. John Doe C.O.
_____
(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 2:23-cv-00794-AN
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: Steven Curtis Leech
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR. 97914
Telephone No.: None

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**   Name: Sgt. Garcia
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR, 97914
Telephone No.: Unknown

**Defendant No. 2**   Name: John Doe C.O.
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR, 97914
Telephone No.: Unknown

**Defendant No. 3**   Name: John Doe C.O.
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR, 97914
Telephone No.: Unknown

**Defendant No. 4**   Name: John Doe C.O.
Street Address: 777 Stanton Blvd.
City, State & Zip Code: Ontario, OR, 97914
Telephone No.: Unknown

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Violation of my 8th Amendment Rights protecting me against cruel and unusual punishment

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

A Response team under the supervision of Sgt Garcia came in to stop me from banging my head on the wall while I was suffering from an anxiety attack. Two officers (names unknown) held me down while two other officers (names also unknown) Repeatedly assaulted me by punching me in the head. I was in a smock face down with my arms pinned beneath me, a threat to no one. There is video footage of the incident. I had a cut on my Right eye and two black eyes as a Result

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

Complaint for Violation of Civil Rights (Prisoner Complaint)     3
[Rev. 01/2018]

_____
_____
_____
_____
_____
_____
_____
_____

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)  4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Wherefore, plaintiff respectfully prays that this court enter judgement granting the plaintiff; compensatory damages in the amount of $1000.00 against each defendant, jointly and severally. As well as punitive damages in the amount of $50,000.00 against each defendant

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of May, 2023.

_Steve Lee_
(Signature of Plaintiff)