ELLEN F. ROSENBLUM
Attorney General
AARON D. KELLEY  #210615
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  aaron.kelley@doj.state.or.us

Attorneys for Sgt. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Steven Curtis Leech,<br><br>    Plaintiff,<br><br>    v.<br><br>Sgt. Garcia, John Doe C.O., John Doe C.O., John Doe C.O., John Doe C.O.,<br><br>    Defendants. | Case No.  2:23-cv-00794-AN<br><br>DEFENDANT SGT. GARCIA'S ANSWER TO COMPLAINT |

Defendant Sgt. Garcia answers Plaintiff's Complaint as follows:

1.

Unless specifically admitted, Defendant generally denies each and every claim in Plaintiff's complaint. To the extent this answer failed to specifically respond to an allegation, that allegation is denied.

2.

Defendant admits that Plaintiff resides at Snake River Correctional Facility in Onterio, Oregon.

Page 1 -    DEFENDANT SGT. GARCIA'S ANSWER TO COMPLAINT
    AK1/j3b/889313337

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

3.

Defendant admits that he responded to an incident in which Plaintiff was engaged in self-harm, but otherwise denies Plaintiff's allegations on Pg. 3 of his Complaint.

4.

Defendant denies Plaintiff was subjected to excessive force in violation of the eight amendment and denies Plaintiff is entitled to the relief sought. To the extent not explicitly stated, Defendant denies any remaining allegations.

5.

Defendant demands a jury trial.

### FIRST AFFIRMATIVE DEFENSE

### (Qualified Immunity)

6.

Answering Defendants allege that at all times relevant to Plaintiff's Amended Complaint they were acting in good faith and within their discretion pursuant to the laws and statutes of the State of Oregon and the United States, and that their conduct violated no clearly established statutory or constitutional right of which a reasonable official would have knowledge.

### SECOND AFFIRMATIVE DEFENSE

### (Prison Litigation Reform Act)

7.

Defendants incorporate herein the admissions, denials, and allegations set forth above. Defendants assert all provisions of the Prison Litigation Reform Act ("PLRA") to any of Plaintiff's claims brought under 42 U.S.C. § 1983, including but not limited to, failure to exhaust administrative remedies.

Page 2 -   DEFENDANT SGT. GARCIA'S ANSWER TO COMPLAINT
           AK1/j3b/889313337

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## THIRD AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

8.

Defendants allege that Plaintiff has not been deprived of any right, privilege, or immunity secured by the Constitution, the laws of the United States or the State of Oregon and therefore fails to state a claim under 42 U.S.C. §1983.

## RESERVATION OF ADDITIONAL DEFENSES

9.

Defendants reserve the right to assert additional defenses as may become known to them through investigation and discovery.

DATED October __24__, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


*s/ Aaron D. Kelley*
AARON D. KELLEY #210615
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
aaron.kelley@doj.state.or.us
Of Attorneys for Defendant

Page 3 -   DEFENDANT SGT. GARCIA'S ANSWER TO COMPLAINT
           AK1/j3b/889313337

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on October   24  , 2023, I served the foregoing DEFENDANT SGT. GARCIA'S ANSWER TO PLAINTIFF'S COMPLAINT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Steven C Leech | ___ HAND DELIVERY |
| SID #13345628 | ___ MAIL DELIVERY |
| Snake River Correctional Institution | ___ OVERNIGHT MAIL |
| 777 Stanton Blvd | ___ TELECOPY (FAX) |
| Ontario, OR 97914 | ___ E-MAIL |
|     Pro Se Plaintiff | _X_ E-SERVED PURSUANT TO SRCI STANDING ORDER NO. 2019-9 |

                                            *s/ Aaron D. Kelley*
                                    AARON D. KELLEY #210615
                                    Assistant Attorney General
                                    Trial Attorney
                                    Tel (971) 673-1880
                                    Fax (971) 673-5000
                                    aaron.kelley@doj.state.or.us
                                    Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
         AK1/j3b/889313009

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000