Print Name: STEVEN CIRTIS LEECH
SID #: 13345628
SRCI
777 STANTON BLVD
ONTARIO, OR. 97914

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STEVEN CURTIS LEECH, ) | |
| ) | Civil Action No. 2:23-cv-00794-AN |
| PLAINTIFF, ) | |
| ) | |
| v. ) | MOTION FOR SUMMARY |
| ) | JUDGEMENT |
| GARCIA ET AL, ) | |
| Sued in official and individual capacities, ) | |
| ) | |
| DEFENDANTS. ) | |

1.

COMES NOW, the Plaintiff, STEVEN CURTIS LEECH, and hereby petition this court for summary judgement, because the material facts support my claim.

2.

The facts are as follows;

A) Steven Curtis Leech, Plaintiff, was an inmate at Snake River Correctional Institution, in the custody of Oregon Department of Corrections at the time of the incident that gives rise to the complaint.

B) All defendants named were employed by Oregon Department of Corrections at Snake River Correctional Institution at the time of the incident giving rise to the compaint.

Page 1 of 2 – Motion for Summary Judgement    Form 39.155

C) On the evening of March 18th 2022 Steven Curtis Leech had an anxiety attack. As a result the decision was made to place Mr. Leech under suicide watch.

D) No anxiety medication was provided to Mr. Leech.

E) Mr. Leech became overwhelmed and began to strike the wall with his head.

F) A response team under Sgt. Garcia's supervision was sent in. Officers proceeded to tackle Mr. Leech pinning his arms beneath him. Two officers, (names unknown), held Mr. Leech down. Two other officers, (names also unknown), slammed Mr. Leech's head into the ground and repeatedly struck him with their fists.

G) This incident was recorded on two separate video cameras. One hardwired into the wall of the observation cell, and the other, a handheld camcorder carried by a member of the response team.

H) Mr. leech was wheeled away in a restraint chair to the hole, where pictures were taken of his face, and he was examined by nurse Potter.

I) This incident constitutes a clear violation of Mr. Leech's VIII Amendment right of protection against cruel and unusual punishment.

3.

Wherefore the Plaintiff comes now and petitions the court for summary judgement in his favor.

Dated this 11th day of December 2023.

Respectfully Submitted,

*Steve Lee*
(Signature)
Print Name: STEVEN CURTIS LEECH
SID #: 13345628
S.R.C.I.
777 STANTON BLVD.
ONTARIO, OR. 97914

Page 2 of 2 – Motion for Summary Judgement                                        Form 39.155