IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN CURTIS LEECH,

         Plaintiff,

   v.

SGT. GARCIA, et al.,

         Defendants.

Case No. 2:23-cv-00794-AN

ORDER

NELSON, District Judge.

On November 29, 2023, Plaintiff filed a motion for Leave to File Amended Complaint (#14) in this prisoner civil rights case. A party submitting a written motion to the court is required to serve the motion upon every party to the lawsuit. Fed. R. Civ. P. 5(a). Such motions must also include a certificate of service. Fed. R. Civ. P. 5(d)(1).

Plaintiff's Motion does not include a certificate of service. Based upon the lack of a certificate of service, coupled with the lack of any response from Defendant Garcia, the Court is left to conclude that Petitioner failed to serve a copy of his Motion to Amend on counsel for Defendant Garcia.[1] Moreover, because Plaintiff filed his Motion to Amend more than 21 days

---

[1] Defendant Garcia is currently the only identifiable Defendant in this case, with all other Defendants named as "Doe" Defendants.

1 - ORDER

after Defendant Garcia filed the Answer in this case, Plaintiff is not entitled to amend simply as a matter of right. Fed. R. Civ. P. 15(a)(1). Accordingly, the Motion to Amend is denied. Because Plaintiff filed his Motion for Summary Judgment (#17) after his Motion to Amend, the Motion for Summary Judgment is denied because: (1) Plaintiff necessarily intended the dispositive motion to support the proposed amended complaint which shall remain unfiled; and (2) the original Complaint (#2) remains the operative pleading in this case.[2]

Also before the Court is Plaintiff's Motion to Compel Discovery (#16). That Motion not only lacks a certificate of service, but does not comply with Local Rule 37-1 which requires such motions to contain "the pertinent interrogatory, question, request, response, and/or objection, together with the legal arguments of the party." The Motion to Compel is therefore denied.

Plaintiff's second Motion for Appointment of Counsel (#15) is denied for the reasons identified in the Court's Order (#6) dated July 5, 2023.

## CONCLUSION

Plaintiff's Motion to Amend (#14), Motion for Appointment of Counsel (#15), Motion to Compel (#16), and Motion for Summary Judgment (#17) are denied.

IT IS SO ORDERED.

12/14/2023
DATE

Adrienne Nelson
United States District Judge

---

[2] The Motion for Summary Judgment also lacks a certificate of service.

2 - ORDER