ELLEN F. ROSENBLUM
Attorney General
AARON D. KELLEY  #210615
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  aaron.kelley@doj.state.or.us

Attorneys for Sgt. Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Steven Curtis Leech,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Sgt. Garcia, John Doe C.O., John Doe C.O., John Doe C.O., John Doe C.O.,<br><br>　　　　Defendants. | Case No.  2:23-cv-00794-AN<br><br>DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT |

Defendant, by and through the undersigned, in response to plaintiff's Amended Complaint, admits, denies, and alleges as follows. Defendant Garcia answers Plaintiff's Amended Complaint as follows:

1.

Unless specifically admitted, Defendant generally denies each and every claim in Plaintiff's complaint. To the extent this answer failed to specifically respond to an allegation, that allegation is denied.

Page 1 -   DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
　　　　　AK1/j3b/955066392

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2.

Defendant admits Plaintiff is currently incarcerated at Snake River Correctional Institutions.

3.

Defendant denies all remaining allegations in Plaintiff's Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

**(Qualified Immunity)**

4.

Defendant alleges that at all times relevant to Plaintiff's Complaint they were acting in good faith and within their discretion pursuant to the laws and statutes of the State of Oregon and the United States, and that their conduct violated no clearly established statutory or constitutional right of which a reasonable official would have knowledge.

## SECOND AFFIRMATIVE DEFENSE

**(Prison Litigation Reform Act)**

5.

Defendant incorporates herein the admissions, denials, and allegations set forth above. Defendant asserts all provisions of the Prison Litigation Reform Act ("PLRA") to any of Plaintiff's claims brought under 42 U.S.C. § 1983, including but not limited to, failure to exhaust administrative remedies.

## THIRD AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

6.

Defendant alleges that Plaintiff has not been deprived of any right, privilege, or immunity secured by the Constitution, the laws of the United States or the State of Oregon and therefore. fails to state a claim under 42 U.S.C. §1983.

Page 2 -   DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
          AK1/j3b/955066392

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## FOURTH AFFIRMATIVE DEFENSE

### (Eleventh Amendment Immunity)

7.

The Eleventh Amendment bars all or some of Plaintiff's claims.

## FIFTH AFFIRMATIVE DEFENSE

### (Vague or Ambiguous Pleading under FRCP 12(e))

8.

Plaintiff's Complaint and Amended Complaint are vague and ambiguous under FRCP 12(e).

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

9.

Some of all of Plaintiff's claims are barred by the statute of limitations.

## RESERVATION OF ADDITIONAL DEFENSES

10.

Defendant reserves the right to assert additional defenses as may become known to them through investigation and discovery.

Page 3 -   DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
AK1/j3b/955066392

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

WHEREFORE, having fully answered plaintiff's complaint, defendant prays for a judgment in favor of defendant against plaintiff, dismissing plaintiff's complaint in its entirety and awarding defendant its costs and disbursements incurred herein, and for such other and further relief as the Court may deem appropriate.

DATED February  23, 2024.

                                            Respectfully submitted,

                                            ELLEN F. ROSENBLUM
                                            Attorney General

                                            *s/ Aaron D. Kelley*
                                            AARON D. KELLEY #210615
                                            Assistant Attorney General
                                            Trial Attorney
                                            Tel (971) 673-1880
                                            Fax (971) 673-5000
                                            aaron.kelley@doj.state.or.us
                                            Of Attorneys for Defendant

Page 4 -    DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
           AK1/j3b/955066392
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                         (971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on February  23 , 2024, I served the foregoing DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Steven C Leech<br>SID #13345628<br>Snake River Correctional Institution<br>777 Stanton Blvd<br>Ontario, OR 97914<br>    Pro Se Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVED PURSUANT TO<br>     SRCI STANDING ORDER NO. 2019-9 |

      *s/ Aaron D. Kelley*
AARON D. KELLEY #210615
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
aaron.kelley@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
            AK1/j3b/889313009

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000