Steven G. Leech
#13345628
SRCI
777 Stanton Blvd.
Ontario, OR. 97914

To: Judge Adrienne Nelson,

Page-1

Your honor, I am writing to you today because I am not sure what else to do. A grave miscarriage of justice is being done by the defense in my case Leech v. Garcia 2:23-cv-00794-AN.

I will give a brief overview of the case so you don't have to review all the evidence. The incident that this case arises from occurred on March 18th 2022. On that day I was having a severe anxiety attack. I went to Lt. McClean in hopes of getting help. She took me in to see the on-duty nurse. The decision was subsequently made to put me on suicide watch. Which is about the worst thing in the world you could do to someone having an anxiety attack, to take everything, including my clothes from me and lock me in a cell by myself. No medication was given to me for the anxiety attack, nor did I get to talk to anyone from BHS to help diffuse the situation. Being locked in a cell by myself with my own thoughts became more than I could handle. So I began to bang my head on the wall. Some people are cutters, (they cut themselves when they can't cope with reality), I am a head banger. So I banged my head repeatedly on the wall in an attempt to cope. They sent a response team in to stop me from banging my head. They say they told me to stop, I did not hear that. The team came in. An officer tackled me to the ground. Two officers held me down, one on my legs and one

page-2

on my torso, my arms were pinned beneath me, I was essentially naked, all I had on was a smock. I was restrained and could not have been concealing a weapon of any kind, in short I was a threat to no one. While I was pinned to the floor my head was smashed into the floor a few times and then I was punched repeatedly by two additional officers. The defense says there is no evidence of this. I was in an observation cell in the infirmary. They cannot put an inmate into this observation cell on suicide watch unless the cell camera is in working order. The camera is in the corner of the cell and points directly at the incident. It is not battery operated, so it did not have "dead" batteries. It is hard wired to the computers. The video footage did exist, I have an inter-office memo dated April 6, 2022 and signed by Jill Curtis Supervising Executive Assistant/LIO stating that the footage had been preserved, as well as photos that were taken of my face after the incident. The defense claims that there is no evidence, no video footage, however there were two cameras recording the incident, not only the cell camera but also a hand held cam-corder. When a cell extraction occurs the response team is required to record the incident on a hand held camera. But all of the sudden this evidence no longer exists. Two cameras — No footage! After the incident I was placed in a restraint chair

Page-3

and escorted to DSU where I was examined by Nurse Potter, and Sgt. Garcia took pictures of my face using his LT.'s camera phone. Again these were said to be preserved and are MIA. So when the defense says I have no evidence other than my own statement, they are, I guess right. They had the evidence but somehow it doesn't exist anymore. This is corruption of the highest order. Please do not allow this miscarriage of justice to happen. I was assaulted. It was unnecessary and excessive.

    I didn't know how to put this in a motion, so I am sending this letter. I ask for my Summary Judgement to be granted against the defense in the interest of justice.

    Thank you for your time.

Sincerely,

Steve Lee

Steven C. Leech
#13345628
SRCI
777 Stanton Blvd.
Ontario, OR. 97914

Oregon Department of Corrections - Inmate Mail
Institution: SRCI  SID: 13345628
Name: Steven Leech
Address: 777 Stanton Blvd.
City: Ontario  State: OR  Zip: 97914

BOISE ID RPDC 837
28 MAY 2024 PM 1
FOREVER USA
Barn Swallow

Judge Adrienne Nelson
US District Court Portland Division
1000 SW 3rd Ave #740
Portland, OR. 97204

97204-293790